[No. 4936–1. Division One. June 26, 1978.]

VICTORIA ALLEN, *Respondent,* v. LOBERG
OLDSMOBILE/GMC, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 791092, William C. Goodloe, J., entered July 7,
1976. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Williams and Munson, JJ.

[No. 4983–1. Division One. June 26, 1978.]

MICHAEL D. JOHNSON, *Respondent,* v. GERALD J.
McCARTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 805285, William J. Wilkins, J. Pro Tem.,
entered August 18, 1976. *Affirmed* by unpublished opinion
per Andersen, J., concurred in by Williams and McInturff,
JJ.

[No. 4987–1. Division One. June 26, 1978.]

FRANK HARGREAVES, *Appellant,* v. OLYMPUS TERRACE
SEWER DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 128409, Dennis J. Britt, J., entered
August 3, 1976. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Ringold and Munson, JJ.